## Charlotte Hirschl, Appellant, v. Estate of Isabella G. Meeker, Appellee.

### Gen. No. 18,645.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed April 1, 1914.

### Statement of the Case.

Proceeding in Probate Court in which Charlotte Hirschl filed a promissory note, secured by a trust deed, as a claim against the estate of Isabella G. Meeker, deceased. The claim was disallowed in the Probate Court and on appeal to the Circuit Court the claim was again disallowed. From the judgment of the Circuit Court, the claimant appeals.

Hirschl & Hirschl, for appellant.

Bradley, Harper & Eheim, for appellee; Thomas E. D. Bradley, of counsel.

Mr. Presiding Justice Graves delivered the opinion of the court.

### Abstract of the Decision.

Executors and administrators, § 211*—*when estate of a grantee in a conveyance assuming a mortgage not liable on note.* Where a person in her lifetime by warranty deed took a conveyance of certain real estate subject to a trust deed, there being a provision in the warranty deed that the grantee did not assume or become personally liable for the payment of the note secured by the trust deed, *held* that such person not having signed the note and not having assumed or undertaken to pay the same in the transaction in which she became owner of the real estate, her estate was not liable thereon, and this although she had signed an agreement for extending the time for the payment of the note.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.